## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AEL Financial, LLC, an Illinois limited liability company<br><br>v.<br><br>Arkay Packaging Corporation, a New York corporation | FILED: MAY 13, 2008<br>08CV2761     TG<br>JUDGE MANNING<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
|---|
| John A. Benson, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John A. Benson, Jr. |
| FIRM |
| The Law Offices of Brian Ira Tanenbaum, Ltd. |
| STREET ADDRESS |
| 2970 Maria Avenue, Suite 207 |
| CITY/STATE/ZIP |
| Northbrook, IL 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289042 | 847-562-1636 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐