**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

AEL Financial, LLC, an Illinois limited liability company

v.

Arkay Packaging Corporation, a New York corporation

Case Number:

FILED: MAY 13, 2008
08CV2761                TG
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
| --- |
| Brian Ira Tanenbaum |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Brian Ira Tanenbaum |

| FIRM |
| --- |
| The Law Offices of Brian Ira Tanenbaum, Ltd. |

| STREET ADDRESS |
| --- |
| 2970 Maria Avenue, Suite 207 |

| CITY/STATE/ZIP |
| --- |
| Northbrook, IL 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6181447 | 847-562-1636 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐