## *United States District Court for the Northern District of Illinois*

Case Number:                         Assigned/Issued By:

Judge Name: Manning           Designated Magistrate Judge: VALDEZ

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

                    ☐ IFP        ☐ No Fee    ☐ Other _____

                    ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

                                                     _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                     (Date)

_____

_____