## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2761 | **DATE** | 7/15/2008 |
| **CASE TITLE** | AEL Financial, LLC vs. Arkay Packaging Corp | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1), this case is voluntarily dismissed without prejudice and without costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Case 1:08-cv-02761　　Document 8　　Filed 07/15/2008　　Page 1 of 1

08C2761 AEL Financial, LLC vs. Arkay Packaging Corp　　　　Page 1 of 1